569 A.2d 1222

**John William STAMM**

**v.**

**MARYLAND DEPARTMENT OF TRANSPORTATION/MOTOR VEHICLE ADMINISTRATION.**

No. 157, Sept. Term, 1989.

Court of Appeals of Maryland.

Feb. 16, 1990.

Ronald A. Silkworth (Ronald A. Silkworth, P.A.), Glen Burnie, for petitioner.

Edward R.K. Hargadon, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen.), Glen Burnie, for respondent.

Submitted to MURPHY, C.J., ELDRIDGE, COLE, RODOWSKY, McAULIFFE, ADKINS and CHASANOW, JJ.

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above entitled case, it is this 16th day of February, 1990

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Circuit Court for Anne Arundel County be, and it is hereby, vacated and the case is remanded to the Circuit Court for Anne Arundel County for reconsideration in light of *Motor Vehicle Administration v. Thomas Noble Mohler, III*, No. 52 and *Motor Vehicle Administration v. Kurt Dennis Tritaik*, 318 Md. 219, 567 A.2d 929 (1989).